# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUKE LOGAN,<br><br>       Plaintiff,<br><br>  v.<br><br>A. LONIGRO, et al.,<br><br>       Defendants. | Case No. 1:13-cv-00002 LJO DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR DISCLOSURE<br><br>(Document 4) |

      Plaintiff Luke Logan ("Plaintiff") is a California state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff filed his complaint on January 2, 2013, and it is currently awaiting screening pursuant to 28 U.S.C. § 1915A(a).

      Also on January 2, 2013, Plaintiff filed a motion requesting that the Court order Pleasant Valley State Prison's Human Resources Department to provide Plaintiff with the positions, work locations and/or home addresses of Defendants so that he may effectuate service.

      Plaintiff's motion must be denied. First, Plaintiff's complaint has not yet been screened and it is unknown at this time whether service is appropriate for any Defendant.

      Second, in cases involving a plaintiff proceeding in forma pauperis, the United States Marshal, upon order of the Court, shall serve the summons and the complaint. 28 U.S.C. § 1915(d); Fed. R. Civ. P. 4(c)(3). "[A]n incarcerated pro se plaintiff proceeding in forma pauperis is entitled to rely on the U.S. Marshal for service of the summons and complaint and [he] should not be penalized

1

by having his action dismissed for failure to effect service where the U.S. Marshal or the court clerk has failed to perform his duties." <u>Walker v. Sumner</u>, 14 F.3d 1415, 1422 (9th Cir. 1994) (internal quotations and citation omitted), abrogated on other grounds by <u>Sandin v. Connor</u>, 515 U.S. 472 (1995). "So long as the prisoner has furnished the information necessary to identify the defendant, the marshal's failure to effect service is automatically good cause. . . ." <u>Walker</u>, 14 F.3d at 1422 (internal quotations and citation omitted).

Therefore, if and when service is deemed appropriate for any Defendant, Plaintiff need only provide sufficient identifying information to the United States Marshal. He does not need to provide a home address.

Accordingly, based on the above, Plaintiff's motion is DENIED.

IT IS SO ORDERED.

Dated:   **July 22, 2013**                          /s/ *Dennis L. Beck*
                                                                 UNITED STATES MAGISTRATE JUDGE