# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUKE LOGAN,<br><br>            Plaintiff,<br><br>    v.<br><br>A. LONIGRO, et al.,<br><br>            Defendants. | Case No. 1:13-cv-0002 LJO DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION<br><br>(Document 14) |

Plaintiff Luke Logan ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On January 2, 2013, Plaintiff filed a Motion for Preliminary Injunction/Temporary Restraining Order. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 7, 2013, the Magistrate Judge issued Findings and Recommendations to deny Plaintiff's motion. The Findings and Recommendations were served on Plaintiff and contained notice to that any objections to the Findings and Recommendations were to be filed within thirty (30) days. Plaintiff did not file objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed August 7, 2013, are ADOPTED in full;
2. Plaintiff's Motion for Preliminary Injunction (Document 5) is DENIED; and
3. Plaintiff's Motion regarding the status of his Motion for Preliminary Injunction (Document 11) is DENIED AS MOOT.

IT IS SO ORDERED.

Dated:   **September 16, 2013**                       /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE